ACCEPTED
02-17-00252-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 5:24 PM
DEBRA SPISAK
CLERK

# IN THE COURT OF APPEALS
## FOR THE SECOND COURT OF APPEALS DISTRICT
## FORT WORTH, TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/19/2017 5:24:40 PM

DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| **KEVIN E. BROMLEY** | § | |
| **APPELLANT** | § | |
| | § | |
| **VS.** | § | **NO: 02-17-00252-CR** |
| | § | |
| **THE STATE OF TEXAS** | § | |
| **APPELLEE** | § | |

## APPELLANT'S MOTION FOR EXTENSION
## OF TIME FOR FILING APPELLANT'S BRIEF

NOW COMES, KEVIN E. BROMLEY, Appellant, by and through his attorney, WES BALL, and requests that he be granted an extension of time for filing his brief in the above-styled and numbered cause. As grounds for granting this motion, Appellant states:

The undersigned counsel is responsible for filing the Appellant's brief in this case. Appellant seeks an extension of sixty (60) days to February 18, 2018. Appellant's counsel seeks the extension due to a need for this additional time to adequately prepare Appellant's brief. Due to his caseload in both trial and appellate courts, he has been unable to complete the brief.

Appellant's brief is currently due on December 20, 2017. The judgment in this cause was entered on July 20, 2017 by the trial judge presiding in the Criminal District Court No. 3 of Tarrant County, Texas. Appellant was convicted of AGG ASSAULT DEADLY WEAPON. Appellant was sentenced to six (6) years confinement in the Institutional Division of the Texas Department of Criminal Justice, probated for 72 months. Appellant is currently out of jail on an appeal bond. Notice of Appeal was entered on July 25, 2017. The cause number in the trial court was 1469526. No extensions of time have been previously granted in this cause. Counsel requests an extension of sixty (60) days. Granting this extension should not cause any delay in the present submission date. Appellant's counsel is aware of the policy concerning deadlines for filing briefs and the reluctance to grant extensions in the ordinary case. This request is not being made for mere purposes of delay, but so that justice may be done.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Honorable Court grant an extension of sixty (60) days for filing his brief on appeal to February 18, 2018.

Respectfully submitted,

/s/ Wes Ball
WES BALL
State Bar No. 01643100
4025 Woodland Park Blvd., Suite 100
Arlington, Texas 76013
Email:  WBnotices@ballhase.com
Telephone: (817)860-5000
Fax No.: (817)860-6645

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

On this the 19th day of December, 2017, a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time for Filing Appellant's Brief was delivered electronically to the Post-Conviction Division of the Tarrant County District Attorney's Office.

/s/ Wes Ball
WES BALL
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

On the 18th day of December, 2017, Malinda Davis, assistant to Appellant's counsel contacted Cyndi Burgess, assistant to Debra Windsor, Chief of Post-Conviction, Tarrant County District Attorney's Office regarding the foregoing Motion and has been advised that the state does not oppose the Motion.

/s/ Wes Ball
WES BALL